BLAKE J. RUSSUM (SBN 258031)
HAYK GHALUMYAN (SBN 314686)
ROPERS MAJESKI PC
535 Middlefield Road, Suite 245
Menlo Park, CA  94025
Telephone:      650.364.8200
Facsimile:       650.780.1701
Email:            blake.russum@ropers.com
                      hayk.ghalumyan@ropers.com

Attorneys for Plaintiff
General Insurance Company of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOVING CARE ASSISTED LIVING LLC, a California Limited Liability Company; RONALD PERRY, an individual; FE PERRY, an individual; AMANDA MICHAELSON, an individual; JENNIFER NAKASONE, an individual,<br><br>Defendants. | Case No.   1:24-cv-00178-BAM<br><br>**[PROPOSED] ORDER RE STIPULATION TO BE BOUND BY JUDGMENT** |

On May 21, 2024, Plaintiff General Insurance Company of America and Defendant Amanda Michaelson filed a Stipulation to be Bound by Judgment.  (Doc. 20.)  In that Stipulation, Plaintiff and Defendant Michaelson note that after meeting and conferring on the matter, and in light of Defendant Michaelson's desire not to further participate in the litigation of this action, Defendant Michaelson agreed to be bound by any judgment, adjudication or determination in the above-entitled declaratory relief action and agrees that any final judgment, adjudication or determination shall be conclusive and preclusive as to the issues raised in the Complaint in this action.  (*Id.* at 1-2.)  They further note that the "parties understand and agree that Amanda

Michaelson will not be entitled to participate in the action as a party, but further understand and agree that Amanda Michaelson may be obligated to participate as a percipient witness to the extent she possesses discoverable evidence relating to the issues of consequence in this action." (*Id.* at 2.) They additionally dismissed Defendant Michaelson from the action without prejudice, with each party to bear their own attorneys' fees and costs in this action. (*Id.*)

Pursuant to the Stipulation between Plaintiff General Insurance Company of America and Defendant Amanda Michaelson, and good cause appearing therefor, **IT IS HEREBY ORDERED** as follows:

1. Defendant Amanda Michaelson shall be bound by any judgment, adjudication or determination in the above-entitled declaratory relief action and any final judgment, adjudication or determination shall be conclusive and preclusive as to the issues raised in the Complaint in this action;

2. Each party shall bear its/her own attorneys' fees and costs in this action.

3. Defendant Amanda Michaelson is hereby dismissed from this Action, without prejudice.

IT IS SO ORDERED.

Dated:  **May 31, 2024**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE